IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams III, Charles R

Printed: 5/6/08

Case Number: 07 B 04235
Judge: Goldgar, A. Benjamin
Filed: 3/9/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 25, 2008
Confirmed: June 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,651.14 |  |
| Secured: |  | 2,586.60 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,813.39 |
| Trustee Fee: |  | 251.15 |
| Other Funds: |  | 0.00 |
| Totals: | 4,651.14 | 4,651.14 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,460.00 | 1,813.39 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 5. | American General Finance | Secured | 0.00 | 0.00 |
| 6. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 7. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 8. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 9. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 10. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 11. | American General Finance | Secured | 22,631.68 | 2,586.60 |
| 12. | Projectline | Unsecured | 2,031.20 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 2,210.96 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 2,125.81 | 0.00 |
| 15. | Capital One | Unsecured | 1,647.28 | 0.00 |
| 16. | Capital One | Unsecured | 2,040.23 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 2,077.98 | 0.00 |
| 18. | Cook County Treasurer | Secured |  | No Claim Filed |
| 19. | F&W LLC | Unsecured |  | No Claim Filed |
| 20. | Pulmonary Consultants | Unsecured |  | No Claim Filed |
| 21. | Harris Pulmonary | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 37,225.14 | $ 4,399.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Williams III, Charles R | Case Number: 07 B 04235 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 5/6/08 | Filed: 3/9/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 251.15 |
| | _____ |
| | $ 251.15 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

